FILED
2019 Dec-20 PM 12:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| STEPHEN ANTHONY HAAG, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:19-cv-01055-CLM-JEO |
| CULLMAN COUNTY DETENTION CENTER, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on September 18, 2019, recommending this action be dismissed without prejudice for lack of prosecution. Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court and the plaintiff has not provided the court with his current address.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, in

---

[1] The Report and Recommendation was returned to the Clerk of the Court as "undeliverable." (Doc. 10).

accordance with 28 U.S.C. § 1915A(b), this action is due to be dismissed without prejudice for lack of prosecution.

A Final Judgment will be entered.

**DONE** and **ORDERED** this 20th day of December, 2019.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE